```
1   DANIEL O. IYAYI, SBN 226376
    LAW OFFICES OF DANIEL O. IYAYI
2   3470 Wilshire Boulevard, Suite 542
    Los Angeles, California 90010
3   Telephone: (213) 384-1446
4   Facsimile: (213) 384-1428

5   Attorney for Defendants
    Desentrie Anthony Allen;
6   New Millenium Beauty and Barber Salon, Inc. d/b/a
7   The New Millenium Sports Barber Shop
```

**FILED**
CLERK, U.S. DISTRICT COURT
January 31, 2017
CENTRAL DISTRICT OF CALIFORNIA
BY: KD  DEPUTY

JS-6

## UNITED STATES DISTRICT COURT FOR THE

### CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTION INC., <br><br> Plaintiff, <br><br> vs. <br><br> DESENTRIE ANTHONY ALLEN, individually and d/b/a THE NEW MILLENIUM SPORTS BARBER SHOP; and THE NEW MILLENIUM BEAUTY AND BARBER SALON, INC., an unknown business entity d/b/a THE NEW MILLENIUM SPORTS BARBER SHOP, <br><br> Defendants. | Case No.: 2:15-cv-02523-WDK-PLA <br><br> ORDER ~~STIPULATION~~ FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE ~~AND~~ ~~[PROPOSED]~~ ORDER ~~THEREON~~ |

TO ALL PARTIES HEREIN AND THEIR ATTORNEYS OF RECORD:

THE PARTIES HEREBY REQUEST and stipulate to an Order dismissing the entire action herein, against all defendants herein, with prejudice. IT IS HEREBY STIPULATED, by and between the parties, Plaintiff, J & J SPORTS PRODUCTIONS, INC., through its attorney Thomas P. Riley,

-1-

Esq., of Law Offices of Thomas P. Riley, and Defendants, DESENTRIE ANTHONY ALLEN, individually and d/b/a THE NEW MILLENIUM SPORTS BARBER SHOP; and THE NEW MILLENIUM BEAUTY AND BARBER SALON, INC., an entity d/b/a THE NEW MILLENIUM SPORTS BARBER SHOP, through their attorney Daniel O. Iyayi, Esq., of Law Offices of Daniel O. Iyayi.

IT IS SO STIPULATED AND AGREED:

Dated: January 20, 2017        LAW OFFICES OF DANIEL O. IYAYI

By: *Daniel O. Iyayi, Esq.*
Daniel O. Iyayi, Esq.,
Attorneys for DESENTRIE ANTHONY ALLEN, individually and d/b/a THE NEW MILLENIUM SPORTS BARBER SHOP; and THE NEW MILLENIUM BEAUTY AND BARBER SALON, INC., an entity d/b/a THE NEW MILLENIUM SPORTS BARBER SHOP

Dated: January __, 2017        LAW OFFICES OF THOMAS P. RILEY,
A Professional Corporation

By: _____
Thomas P. Riley, Esq.
Attorneys for Plaintiff J & J SPORTS PRODUCTIONS, INC.

THE COURT ORDERS, based on agreement of the parties, dismissal of the entire action herein, with prejudice.

IT IS SO ORDERED:

DATED: January 31, 2017        _____
U.S. DISTRICT COURT JUDGE
William D. Keller

-2-
STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE; AND [PROPOSED] ORDER THEREON.